IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH NELUMS,

    Plaintiff,

vs.                                                                              Civ. No. 2:22-828 KRS/GBW

MANDU WELLNESS, LLC,
AARON MANDUJAN,
BRIAN PATRICK STICKNEY, and
777 BRANDS, LLC,

    Defendants.

## JUDGMENT

    THIS MATTER is before the Court on the Memorandum Opinion and Order, filed contemporaneously herewith. In the Memorandum Opinion and Order, the Court granted Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, (Doc. 4), dismissed Plaintiff's claims against Defendants 777 Brands, LLC, Stickney, and Mandujan without prejudice for lack of jurisdiction, and dismissed Plaintiff's claims against Defendant Mandu Wellness, LLC with prejudice for failure to state a claim. There being no more claims before the Court, the Court hereby enters final judgment in accordance with Fed. R. Civ. P. 58.

    IT IS THEREFORE ORDERED that this civil proceeding is dismissed and final judgment is entered.

    IT IS SO ORDERED.

                                                      _____
                                                      KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE
                                                      Presiding by Consent